

Date 05/27/2015

**Case # 11-26759**

As you may have noticed by the letterhead, we have a new name.  The business you knew as **Strategic Recovery Group, A Vantium Capital Company**, is now *ClearSpring Loan Services, Inc*. This Change took effect July 1, 2014.

**NAME OF CREDITOR: Vantium Capital, Inc. aka ClearSpring Loan Services, Inc.**
**CASE NUMBER: 11-26759**
**DEBTOR NAME: Vernell E Hill and Jacqueline E. Hill**

| Previous mailing Address: | Correct Payment Address & Name: |
|---|---|
| **VANTIUM CAPITAL, INC** | **ClearSpring Loan Services, Inc.** |
| **7880 BENT BRANCH DRIVE** | **18451 North Dallas Parkway Suite 100** |
| **Suite 150** | **Dallas, TX 75287** |
| **IRVING, TEXAS 75063** | |

If you have any questions, we encourage you to email Demonica Dibbles at demonica.Dibbles@ClearspringLS.com

Thank you,

ClearSpring Loan Services, Inc.