

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

In re:   Case No.:   11–26759 – WIL   Chapter:   13

Vernell E Hill  
5512 Morris Avenue  
Camp Springs, MD 20746

Jacqueline E. Hill  
902 Palmer Road  
Fort Washington, MD 20744

## ORDER FOR WITHDRAWAL OF FUNDS PAID INTO COURT

Upon consideration of the motion filed by Dilks & Knopik, LLC for withdrawal of funds paid into the Court under 11 U.S.C. § 347(a), and it appearing that the movant is entitled to the sum of $6607.98 deposited, less registry fund fees properly chargeable, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that pursuant to 28 U.S.C. § 2042, the Bankruptcy Clerk, District of Maryland, shall pay this unclaimed money to the order of:

Vantium Capital, Inc.  
n/k/a ClearSpring Loan Services, Inc.  
c/o Dilks & Knopik, LLC  
35308 SE Center St.  
Snoqualmie, WA 98065–9216

cc:   Claimant – ClearSpring Loan Services, Inc  
      Claimant's Attorney – Dilks & Knopik, LLC

### End of Order

42.3 – kgrant